JS-6

cc: order, docket, remand letter to
Los Angeles Superior Court, South District
San Pedro, No. NC 056834

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSTON, as Special Administrator of the Estate of Roy Duane Johnston, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL CONSTRUCTION COMPANY; KIEWIT INFRASTRUCTURE WEST CO. (formerly known as General Construction Company S/D, and Fletcher General Inc.); KAJIMA ENGINEERING & CONSTRUCTION, INC.; CASE FOUNDATION COMPANY; TRAYLOR BROS., INC.; MANSON CONSTRUCTION COMPANY; CONNOLLY-PACIFIC CO.; JOHN S. MEEK COMPANY, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No: CV11-10696 DDP (SHx)<br><br>ORDER OF REMAND TO STATE COURT |

    Having considered the Stipulation of counsel for Plaintiff ERIC JOHNSTON, as Special Administrator of the Estate of Roy Duane Johnston, Deceased, and counsel for Defendants, CASE FOUNDATION COMPANY and GENERAL CONSTRUCTION COMPANY, the facts

///

-1-

1  and legal authority contained therein,

2      IT IS ORDERED that this action is remanded to the Superior Court of the State of

3  California

4  DATED: January 23, 2012

                                                The Honorable Dean D. Pregerson
United States District Court
Central District of California

-2-